United States District Court
For The District of Columbia
Washington D.C 20001

**FILED**
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6-10-06

Ernest Boyd 080322

V

Governor Mark Sanford
P.O. Box 11549
Columbia S.C 29211-1549.

Defendant

Henry McMaster
Attorney General
P.O. Box 11549
Columbia SC 29211-1549

Defendant

Capt Freddie Nelson
Clarendon County Sheriff Dept
Manning SC 29102.

Defendant

James L Edmonds
S.C. Dept of Corrections
Manning SC 29102

CASE NUMBER 1:06CV01290
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 07/21/2006

JURY ACTION

**RECEIVED**
JUN 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Defendant ( )                    ( )

Director John Ozmint
South Carolina Dept of Corrections, 4444 Broad River Road, p.O Box 21787
Columbia SC 29221-1787

Defendant

The South Carolina Dept of Correction medical Care Health Services kirkland R/E Center 4444 Broad River Road p.O. Box 21787
Columbia S.C. 29221-1787

Defendant

B McKie
Wardon of Kirkland R/E center institution 4344 Broad River Road p.o, Box 21787
Columbia SC 29221-1787

Defendant

Classification Chairperson of Records
South Carolina Dept of Corrections
444 Broad River Road, p.o. Box 21787
Columbia. SC 29221-1787

Defendant
A.J. Padula
Warden of Lee Corrections
Institution 990 Wascaky Hwy.
Bishopville S.C 29010

Defendant
Major Price
Administration officer official
of Lee Corrections institution
990 Wascaky Hwy Bishopville
S.C 29010

Defendant
Classification Committee Chairpersonnel
M.S York
B Reames
Lee Corrections institution
990 Wascaky Hwy. Bishopville
S.C 29010

Defendant
Capt Thomas
Capt Blackwell
And All Personnel
of S.M.U L.C.I

page 4

Administration, And personnel of
lee Correction institution S.m.u
990 wascaky Hwy Bishopville S.C 29010
  Defendant
medical Directors of The Health
Care Service of lee Correction
institution, And Dental Services
990 wascaky Hwy Bishopville
S.C 29010

  Defendant
The Fox's News, The America
most wanted warrants. internat.
washington  D C  20001

  state of Florida
Judge D. W. Heinrich
13th judicial Circult Court Divison O.
700 Twiggs street E. Tampa florida 33602
  Defendant
Hillsborough County Sheriffs Detective of
The Divison O, Fugitive warrants For
The Sheriffs Dept of The Hillsborough
County. 1201 Orient Road Tampa Florida 33619

page 5.

Defendant
ARmo Corrections Health Service inc.
Hillsborough County Jail 520 Flarkenbugh Road
Tampa Florida 33619.

Defendant
Sheriff D. W. Gee
Hillsborough County sheriffs Dept
1201 Orient Rd Tampa Florida 33619.

Defendant
Juilianne M Holt
leahay Sanchez
public Defender Attorneys
For The Hillsborough County Judicial
700 Twiggs st E Tampa florida 33602

Now Come plainiff with His True Complaints

I was Arrested by District of Columbia metropolitan police Dept. 1977, was Taked To I.D. Records Dept, Booked.

let was Taked Before U.S District Court, was Appointed A lawyer, From pulic Defender office.

page 6

My lawyer Files interstates Combat Agreements,

I was out on Fugitive Bond, when my lawyer Receives Call From The United states prosecutor Attorney, They Have Received A letter From Clarendon County Sheriffs Dept. which nt To prosecuted, which nt To Extradited From The Norther states.

I AKA Ernest Boyd jr 8-1-53 Appeared in the US District Court For Trial, prosecutors Read letter To The us District Court, Judge Call For Reset, To Review my Files And Records.

When Court Reopen, The us District Court issue A Ruling of Acquitted of Charges, And Time served From The Sheriffs Dept And The State of South Carolina. The United states District Court Order Release 1977 To 78, They Have ReARRested me On The Same Warrant, putted me in The South Carolina Dept of Correction. I was ARRested 3-31-05.

I Hope Thus US District Court look up my Records And File, The Charges was Escape Fugitive From Clarendon County Chain gang.

You will see How They Have Change This Warrant, please please please please look up Aka Ernest Boyd Jr, Caprice Rodriquez Ray lee Roderick, your office will Have all The proof That I Am Right.

please please please please Contact The metropolitan police Dept At I.D. Records Dept Also At your Court Criminal Dockets unit of The us District Court washington DC, phon # police Dept 202-727-4245 For proof,

Clerk I Hope This Court order Them To Release me, please please please please"!" look up my Record File, get me out of Here before They Have me Kill. Some Detective Come Talked with me, I Really Really Think, I Am going To Be Set up. Because They Have asks me Two Times To Help Them Come up with Something

page 8

on officer, That work in This institution, its Really a Set up To Have Some one Hurt me. These Detectives From Columbia S.C. Have Talked with me Two Time, one Time in Apile And 6-6-06.

I Hope you Take my letter motion Real. This is not A game, They Have asked me To Help Them get Something on officers About Drugs Come into This institution, its A Set up.

please please please please Check in my Records files. I was Release by The u.s. District Court. I Hope The Same Court Send A Order To Have me ReRelease.

clerk, I been in Jail And prison before, I know a Set up. if They Don't get These officers or inmates To kill me, I will Die in manning S.C.

Because 6-6-06 I was There To get This warrant, The Judge Say when All my Time is up To be Bring back To Clarendon County Jail.

He let me Talke in Court. I Said To I Don't Remmenorises Days And Dates

page 9.

I was Release From us District Court And All my Trial is on File, The prosecutor attorney Receive letter From sheriffs Dept, of Clarendon County, whichnt To proscute, whichnt To Extradited from Norther states.

All This is on File in us District Court For washington D.c. judge issue order Release After statement of Acquitted of Escape Fugitin Time Served From sheriff Dept And state,

I was Release, I prey Court Send out a Court order Release. I Can Hopeful get A lawyer, To Help me File Sue, But Believe me Clerk, I Hope you Found my File, get The Court To look over it And issue A order Release,

Clerk please look over This warrant That was issue To me, Check The Dates of it, 1-2-77, The look File 6-24-97 it's A Human mistake, I Never Suppose be back in prison For This warrant Court Released me 1977 To 78 Released You make Have To look Through

10,

Some old paper work yourself To Find my old Records, it Almost Thirty years Ago in The past,

The put me on The America most wanted warrant Fors News internat, No Bodies Tryed To investignte, it was A story.

South Carolina will Try To cover This up, or kill me over The True.

They Don't want To Accapt The Truth About They was Wrong, They Tramsported me From Tampa Florida strighted To South Carolina prison,

They put me in Confinement Cant see classification officer whon Review Records, Can't Talke with Anyone But inmates In Confinement, officer get Angry with Anyone Spray Top Cops Gas All over The Confinement Building, it take 7 Hours For Gas go Away, it's Torture House, if you Found me Records I Never Suppose To Be Here in prison,

I Had it US District Court order Release, please Check my Rocords,

From Ernest Boyd 080322

I Hope To Be Trialed by Jury

Will like To Receive From Each Defendant 250 000 Dollars, From The South Carolina Clarendon County, $2 million Dollars For Hasas over The last Thirty years, South Carolina Dept of Corrections $16 millions Dollars, For physical mental Emotional stress, Abuse And Torture while be inConfinement, From The America most wanter, FoI's warrants internat $26 millions Dollars,

Want The US District Court To look over my Files, At The Criminal Dockets of The US District Court, And Sent Out a Court Order Release From South Carolina prison And Sheriffs Dept and State,

This is All of my Complaints Against Above, I was Release by To US District Court thirty years Ago, I Hope Court Order Release,
Thank you Since,
From Ernest Boyd 080322

page 12

I prey Thus Hon, Court look up my Records File And Sent Out a Court Order Release, This Case was Over Thirty years Ago,

please look over This warrant And Have your of Receive The warrant From 1977, I was In Court 77 To 78, was Release by The US District Court, I Believe 1978, please please check s

FROM Ernest Bayd
080322

A.S.U L.C.I. 101 B-South, 990 Wascaky Hwy, Bishopville SC 29010

**ARREST WARRANT**
F- 452696

**STATE OF SOUTH CAROLINA**
[X] County / [ ] Municipality of CLARENDON COUNTY

THE STATE
against

BOYD, ERNEST

Address: _____
Sex: M   Race: B   Height: 6'-0"   Weight: 148   SSN: ___
DOB: 08/01/53   DL #: ___   DL State: ___   Agency ORI #: ___
Prosecuting Agency: ___
Prosecuting Officer: BOYD, ERNEST
Offense: ESCAPE FROM CONFINEMENT-VIO CS   Offense Code: 169
Code/Ordinance Sec. 24-13-410   Offense Code: 24-13-0410

[ ] This warrant is **CERTIFIED FOR SERVICE** in the
[ ] County / [ ] Municipality of _____

_____
Signature of Judge
Date: _____

**RETURN**

A copy of this arrest warrant was delivered to
defendant BOYD, ERNEST
on 6/6/06

[signature]
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
ANNELLE POWELL
POB 371, 2ND FLR FED BLDG
MANNING, SC 29102

---

**AFFIDAVIT**

STATE OF SOUTH CAROLINA
[X] County / [ ] Municipality of CLARENDON

Personally appeared before me the affiant NELSON, FREDDIE CAPT being duly sworn deposes and says that defendant BOYD, ERNEST did within this county and state on 01/02/77 violate the criminal laws of the State of South Carolina (or ordinance of [X] County / [ ] Municipality of CLARENDON ) who in the following particulars:

**DESCRIPTION OF OFFENSE:** ESCAPE FROM CONFINEMENT-VIO CS 24-13-410
24-13-0410

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts: THAT ON 1-2-77 THE DEFENDANT DID ESCAPE FROM LAWFUL CONFINEMENT AT THE CLARENDON COUNTY JAIL IN MANNING, CLARENDON CO, SC, BY CLIMBING THE FENCE. THE DEFENDANT WAS SERVING A JAIL SENTENCE FOR ROBBERY WHEN THIS ESCAPE OCCURRED. WITNESSES TO PROVE SAME ARE JAMES L EDMONDS WITH THE SC DEPT OF CORRECTIONS AND CAPT NELSON WITH THE CLARENDON CO SHERIFF'S DEPT.

Sworn to and subscribed before me on JUNE 24, 1997

[signature] (L.S.)
Signature of Issuing Judge

X [signature]
Signature of Affiant
Affiant's Address: CLARENDON CO SHERIFF DEPT
MANNING, SC 29102
Affiant's Telephone: 000-0000

**ARREST WARRANT**

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on 01/02/77 defendant BOYD, ERNEST did violate the criminal laws of the State of South Carolina (or ordinance of [X] County / [ ] Municipality of CLARENDON ) as set forth below:

**DESCRIPTION OF OFFENSE:** ESCAPE FROM CONFINEMENT-VIO CS 24-13-410
24-13-0410

Now, therefore, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution or as soon thereafter as is practicable.

Judge's Address: POB 371, 2ND FLR FED BLDG
MANNING, SC 29102
Judge's Telephone: 803 435-2670

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit
Judge Code: ___
Signature of Issuing Judge [signature]
ANNELLE POWELL

DEFENDANT COPY

Form Approved by
S.C. Attorney General
July 26, 1990
SCCA 518

06 1290
FILED
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT