UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ernest Boyd, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1290 |
| | ) |
| Mark Sanford *et al*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

In response to the Order of July 21, 2006, directing plaintiff to provide certain financial information so that the Court may act on his *in forma pauperis* application, plaintiff has written several letters to the Clerk indicating that his brother may pay the filing fee on his behalf. The Court has not received the filing fee or the requested information. Rather than dismiss the case for non-compliance with the Order, the Court will allow plaintiff additional time either to comply with the previous order or to pay the filing fee. Accordingly, it is by the Court this 7th day of September 2006,

ORDERED that within **thirty (30) days** of this Order, plaintiff shall file the requested information or risk dismissal of the case; and it is

FURTHER ORDERED that the Clerk shall place plaintiff's correspondence in the jacket without docketing it.

/s/ Henry Kennedy
United States District Judge