UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ernest Boyd, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-1290 |
| ) | |
| Mark Sanford *et al.*, ) | |
| ) | |
| Defendants. ) | |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner confined in Bishopville, South Carolina. He alleges that he is in the custody of the South Carolina Department of Corrections on a fugitive warrant that South Carolina had lodged with this Court nearly 30 years ago. Plaintiff alleges that this Court had "acquitted [him] of [the] charges, and time served [sic] from the Sheriffs Dept and the State of South Carolina." Complaint at 6. He has not produced the order and this Court has no record of such a proceeding. *See Boyd v. U.S. District Court for the District of Columbia*, Misc. Action No. 06-415 (D.D.C., Sept. 9, 2006) (case dismissing fugitive warrant not found).

Anyway, plaintiff must pursue his challenge to his detention through a writ of *habeas corpus*. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998)(citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir.

2004). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 24th day of November 2006,

ORDERED that this case is TRANSFERRED to the United States District Court for the District of South Carolina. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge

2